IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02891-RBJ-MEH

SONIA I. DIAZ,

     Plaintiff,

v.

GLOBAL ACCESS, LLC,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 3, 2014**.

     Defendant's Unopposed Motion to Vacate April 8, 2014 Settlement Conference [filed April 2, 2014; docket # 21] is **granted**. The Settlement Conference currently scheduled for April 8, 2014, in the above-captioned matter is **vacated**. If they choose to do so, the Court directs the parties to reschedule the Settlement Conference by first teleconferencing together and then calling Chambers at (303) 844-4507.